UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD NATHANIEL MILLER         CIVIL ACTION

VERSUS                            NO. 16-5778

EDITH BROWN CLEMENT, UNITED       SECTION "E"(2)
STATES FIFTH CIRCUIT JUDGE ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**, either as legally frivolous, for failure to state a claim or on immunity grounds under 28 U.S.C. § 1915(e)(2), or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in plaintiff's 1983 complaint are **DISMISSED WITH PREJUDICE**, as successive, subject to Miller's ability to seek leave from the United States Court of Appeals for the Fifth Circuit to pursue a successive habeas corpus application.

New Orleans, Louisiana, this ___29th___ day of ___August___, 2016.

_____
UNITED STATES DISTRICT JUDGE